the acts of her former trustees. She ratified all of them, and she accepted the deed in the name of Miss Foote for her own convenience and as a full discharge of all matters relating to the holding of the property by the corporation or by the trustees. At the time of the deed from Miss Foote to Bindrim the first mortgage, for $14,000, was past due as to both principal and accumulated interest, and the interest on the subsequent mortgages was unpaid, as were also taxes. The evidence supports the finding of the learned trial justice that the conveyance from Miss Foote to Bindrim was the same as if the plaintiff herself had conveyed. Bindrim was justified in believing that he was receiving all of the title to the property including any interest that the plaintiff may have had by reason of her aunt having acted as her " dummy." If, at the time of the conveyance from Miss Foote to Bindrim, the property had the great value that the plaintiff now contends it has, it would, seemingly, have been an easy matter to negotiate a first mortgage to discharge all the existing mortgages and tax liens. That the property has lately greatly increased in value there can be no doubt. But that is not evidence of its value at the time of the conveyance to Bindrim.

---

FRANK P. BARTLEY, Respondent, v. ARCHIE M. ANDREWS, Individually, Appellant, Impleaded with Others.— Order affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby and Young, JJ., concur; Rich, J., not voting.

JOHN J. BEATTY, Respondent, v. GRACE D. BYRNE and Others, Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LEO P. BYK and Another, Doing Business under the Name of TRIANGLE NOVELTY COMPANY, Respondents, v. RICHARD E. ENRIGHT, as Commissioner of Police of the Police Department of the City of New York, and Others, Appellants.— Judgment reversed on the law, with costs, upon authority of *Green* v. *Enright* (208 App. Div. 819), decided by this court March 27, 1924, and complaint dismissed, with costs. The fourth finding of fact reversed, and the conclusion of law and the direction of judgment for plaintiffs disapproved. This court finds the first, third, eleventh, twelfth and thirteenth findings of fact proposed by defendants, and the first, second, third, fourth and fifth conclusions of law proposed by defendants. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur. Settle order on notice.

EDWARD S. CHANDLER, Respondent, v. MARGARET BOUGH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JEANETTE A. HOLZER, an Infant, by NATHANIEL N. HOLZER, Her Guardian ad Litem, Appellant, v. BARNETT ROSENBERG and Another, Respondents.— Judgment reversed on the law, and new trial granted, with costs to abide the event. The evidence in the case did not justify the charge of the court as to the parents' negligence, and we think the charge upon this subject was prejudicial to the plaintiff. (*Lynch* v. *McNally*, 73 N. Y. 347; *Muller* v. *McKesson*, Id. 195.) There was also error in making ownership of the dog by the defendants a necessary condition of recovery. Keeping or harboring the dog is sufficient. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

NATHANIEL N. HOLZER, Appellant, v. BARNETT ROSENBERG and Another, Respondents.— Judgment reversed upon the law, and new trial granted, with

costs to abide the event, on authority of *Holzer* v. *Rosenberg* (*ante*, p. 823), decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

In the Matter of the Petition of LAVINIA LALLY to Prove the Last Will and Testament of CATHARINE MATILDA LALLY, Late of the County of Kings, Deceased. — Decree of the Surrogate's Court of Kings county, denying probate, and the order, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of CHARLES H. OHLAU and Another, Respondents, for an Order of Mandamus against ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Appellant. (Appeal No. 1.) — Order unanimously affirmed, with costs, on the opinion of Mr. Justice Cropsey at Special Term. [Reported in 121 Misc. Rep. 386.] Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of CHARLES H. OHLAU and Another, Respondents, for an Order of Mandamus against ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Appellant. (Appeal No. 2.) — Order unanimously affirmed, with costs, on authority of appeal No. 1 (*ante*, p. 824), decided herewith. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

NAFTALE KROMPENHOLZ, Respondent, v. THE H. I. J. REALTY CORPORATION, Defendant, Impleaded with LA SPINA CONSTRUCTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

R. SPENCER PALMER, Respondent, v. THE NORTHERN ILLINOIS CEREAL COMPANY, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion of defendant to vacate the judgment and service of the summons herein granted, w th ten dollars costs, for the reason that the preponderance of proof shows that at the time of the so-called service of the summons herein the defendant was not doing business in the State of New York and the person served with the summons was not an officer or managing agent of defendant. (See *Taylor* v. *G. S. P. Association*, 136 N. Y. 343; *Beck* v. *North Packing & Provision Co.*, 159 App. Div. 419; *Holzer* v. *Dodge Brothers*, 233 N. Y. 216.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ADOLPH PETERSON, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE FERGER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY GIORDANO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. O'NEILL, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. HARRY P. FURNESS and Others, as Executors, etc., of